```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEW JERSEY


ATLAS DATA PRIVACY            :         CIVIL ACTION
CORPORATION, et al.           :
                              :
      v.                      :
                              :
FREEDOMSOFT303, LLC, et al.   :         NO. 25-9224
```

ORDER

AND NOW, this 11th day of June 2025, it is hereby ORDERED that defendant Freedomsoft303, LLC shall file within 10 days an affidavit identifying its members and their citizenship at the time of the filing of the Complaint.  See Zambelli Fireworks MFG. Co. v. Wood, 592 F.3d 412, 420 (3d. Cir. 2010).

BY THE COURT:


/s/  Harvey Bartle III
                                                        J.