IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| FREEDOMSOFT303, LLC, et al. | : | NO. 25-9224 |

ORDER

AND NOW, this 12th day of June 2025, it is hereby ORDERED that the court will hold a status conference in the above-captioned action immediately following the oral argument and status conference set to be held in related Atlas Data Privacy cases on **Monday, June 16, 2025 at 10:00 AM** in Courtroom No. 1 in the United States Courthouse in Camden, New Jersey, as set forth in the court's order dated May 22, 2025.  See, e.g., Order, Atlas Data Privacy Corp. v. We Inform, LLC., 24-cv-4037 (D.N.J. filed May 22, 2025) (Doc. #59).

BY THE COURT:

/s/ Harvey Bartle III
                            J.