# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, SCOTT MALONEY, JUSTYNA MALONEY, and PETER ANDREYEV,<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOMSOFT303, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | (Electronically Filed)<br><br>CIVIL ACTION<br><br>Civil Action No. 1:25-cv-09224-HB<br><br>**APPLICATION FOR CLERK'S ORDER PURSUANT TO LOCAL RULE 6.1(B)** |

The undersigned, counsel for FREEDOMSOFT303, LLC in the above-captioned matter hereby requests the entry of an Order by the Clerk of the Court for a 14-day extension of the time in which to respond to the Complaint in the above captioned matter.

Dated: June 13, 2025

                                                                    Respectfully submitted,

                                                                    *s/ John E. MacDonald*
                                                                    John E. MacDonald, Esq. (JM7443)
                                                                  **CONSTANGY, BROOKS,**
                                                                   **SMITH & PROPHETE, LLP**
                                                                   3120 Princeton Pike, Suite 301
                                                                   Lawrenceville, NJ 08648
                                                                   Telephone: (609) 357-1183
                                                                   jmacdonald@constangy.com
                                                                   *Attorneys for Defendant Freedomsoft303, LLC.*

10949819v1