John E. MacDonald, Esq. (JM7443)
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
3120 Princeton Pike, Suite 301
Lawrenceville, NJ 08648
Telephone: (609) 357-1183
Facsimile: (609) 844-1102
jmacdonald@constangy.com
*Attorneys for Defendant Freedomsoft303, LLC*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, SCOTT MALONEY, JUSTYNA MALONEY, and PETER ANDREYEV,<br><br>                                        Plaintiffs,<br><br>               v.<br><br><br><br>FREEDOMSOFT303, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>                                        Defendants. | CIVIL ACTION<br><br>**LIMITED LIABILITY COMPANY OWNERSHIP DISCLOSURE**<br><br>Civil Action No. 2:25-cv-09224 |

Pursuant to Federal Rule of Civil Procedure 7.1 and this Court's Order dated June 11, 2025 [Dkt. 4], Defendant FreedomSoft303, LLC ("Defendant" or "FreedomSoft"), by and through its undersigned attorneys Constangy, Brooks, Smith & Prophete, LLP, hereby provides its Corporate Disclosure Statement as follows:

FreedomSoft is a non-governmental, limited liability company of the State of Colorado, with its principal place of business in Broomfield County, Colorado. Freedomsoft is 100% owned

12994765v1

by Home Solution, Inc., a Colorado Corporation. Home Solution, Inc. is owned by two individuals, both of whom are residents of the State of Colorado.

Pursuant to 28 U.S.C. § 1746 and Fed. R. Civ. P. 11, I certify that the foregoing is true and correct to the best of my knowledge and belief.

Dated: June 23, 2025

                Respectfully submitted,

                *s/ John E. MacDonald*

                John E. MacDonald, Esq. (JM7443)
                **CONSTANGY, BROOKS,**
                **SMITH & PROPHETE, LLP**
                3120 Princeton Pike, Suite 301
                Lawrenceville, NJ 08648
                Telephone: (609) 357-1183
                Facsimile: (609) 844-1102
                jmacdonald@constangy.com

                *Attorneys for Defendant Freedomsoft303, LLC.*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2025, the foregoing was filed electronically. Notice of this filing will be sent to the below listed attorneys of record by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

**PEM LAW LLP**
Rajiv D. Parikh (032462005)
Kathleen Barnett Einhorn (040161992)
Jessica A. Merejo (288592020)
1 Boland Drive, Suite 101
West Orange, New Jersey 07052
Tel.: (973) 577-5500
rparikh@pemlawfirm.com
keinhorn@pemlawfirm.com
jmerejo@pemlawfirm.com

**PORZIO, BROMBERG & NEWMAN, PC**
Vito A. Gagliardi, Jr. (024821989)
Alfred R. Brunetti (028212002)
Sarah A. Wisniewski (434562023)
100 Southgate Parkway
Morristown, New Jersey 07962-1997
Tel.: (973) 538-4006
Fax: (973) 538-5146
vagagliardi@pbnlaw.com
arbrunetti@pbnlaw.com
sawisniewski@pbnlaw.com

/s/ *John E. MacDonald*
John E. MacDonald