UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**:     September 12, 2025

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:**     FRANCESCA DI BELLA

**TITLE OF CASE:**                    **DOCKET NO.:** 25-9224 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
FREEDOMSOFT303, LLC, et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS:**   STATUS CONFERENCE

Status conference held on the record.

                                        s/Lawrence Macstravic
                                        Deputy Clerk

Time Commenced:     11:10a.m.     Time Adjourned:     11:11a.m.     Total Time in Court: 0:01