```
              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY

ATLAS DATA PRIVACY              :        CIVIL ACTION
CORPORATION, et al.             :
                                :
     v.                         :
                                :
FREEDOMSOFT303, LLC, et al.     :        No. 25-9224
```

ORDER

AND NOW, this 22nd day of October 2025, it is hereby ORDERED that:

(1) the court's September 12, 2025 Order is VACATED as to this defendant;

(2) The parties shall serve on or before October 29, 2025 the initial disclosures required under Rule 26(a)(1) of the Federal Rules of Civil Procedure; and

(3) The parties shall propose a discovery schedule or schedules and submit them to the court for review on or before November 24, 2025.

BY THE COURT:

/s/  Harvey Bartle III
                                                    J.