

**Jessica A. Merejo, Esq.**
**Senior Associate**
jmerejo@pemlawfirm.com
*Office:* +1 973.577.5500
*Direct:* +1973.567.7832

March 18, 2026

**VIA ECF**
Hon. Harvey Bartle, III, U.S.D.J.
United States District Court for the
District of New Jersey (by designation)
c/o United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

> Re:  **Atlas Data Privacy Corp. et al. v. Freedomsoft 303, et al.**
>       **Civil Action No. 25-09224-HB**

Dear Judge Bartle:

This firm represents Plaintiffs Atlas Data Privacy Corporation, *as assignee of individuals who are Covered Persons*, and the individual plaintiffs (collectively, "Plaintiffs") in the above-captioned matter. Plaintiffs respectfully submit the enclosed Corrected Confidentiality Order for the Court's review and approval.

Plaintiffs appreciate the Court's attention to this matter.

Respectfully submitted,

**PEM LAW LLP**
*Attorneys for Plaintiffs*

 *s/ Jessica A. Merejo*
 JESSICA A. MEREJO

JAM/
cc: All counsel of record (via ECF)

4117090.1