IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ATLAS DATA PRIVACY               :          CIVIL ACTION
CORPORATION, et al.              :
                                 :
        v.                       :
                                 :
FREEDOMSOFT303, LLC, et al.      :          No. 25-9224

ORDER

AND NOW, this 19th day of March 2026, it is hereby

ORDERED that the status conference in the above action scheduled

for Tuesday, March 24, 2026 at 11:00 a.m. is cancelled.

BY THE COURT:

/s/   Harvey Bartle III
                                                    J.