

John MacDonald, Partner & Office Head
Cybersecurity & Data Privacy Team
3120 Princeton Pike, Suite 301
Lawrenceville, NJ 08648
jmacdonald@constangy.com
Telephone: (609) 357-1183
Mobile: (609) 558-4201

July 16, 2026

**VIA ECF**
Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

> **Re:** ***Atlas Data Privacy Corp., et al. v. Freedomsoft303, et al.***
> **Case No. 1:25-cv-09224-HB**
> **Joinder in Defendants' Motion for Reconsideration of June 30, 2026 Order**

Dear Judge Bartle:

This firm represents the defendant Freedomsoft303, LLC ("Defendant") in the above-referenced matter. We write to advise the Court that Defendant joins in the Motion for Reconsideration of the June 30, 2026 Order filed in the following actions: *Atlas Data Privacy Corp., et al. v. DM Group, Inc.,* No. 1:24-cv-4075 (ECF 118); *Atlas Data Privacy Corp, et al. v. Deluxe Corp.,* No. 1:24-cv-04080 (ECF 133); *Atlas Data Privacy Corp., et al. v. Innovis Data Solutions, Inc.,* No. 1:24-cv-04176 (ECF 123); *Atlas Data Privacy Corp., et al. v. RocketReach LLC,* No. 1:24-cv-04664 (ECF 122); and *Atlas Data Privacy Corp., et al. v. PropertyRadar, Inc.,* No. 1:24-cv-5600 (ECF 103).

Thank you for your consideration.

Respectfully submitted,

*/s/ John E. MacDonald*
John E. MacDonald
Partner & Office Head, Cybersecurity & Data Privacy Team