UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**Minutes of Proceedings**

**OFFICE:** CAMDEN                      **PROCEEDING DATE**: July 30, 2026
**JUDGE  HARVEY BARTLE III**
Court Reporter:  Megan McKay Soule

**TITLE OF CASE:**                      **DOCKET #:** 1:25-cv-9224 (HB)
ATLAS DATA PRIVACY CORPORATION, et al.
v.
FREEDOMSOFT303, LLC., et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS: STATUS CONFERENCE**

In Person Status Conference held on the record.

Time Commenced: 10:01 a.m.
Time Adjourned:    10:52 a.m.
Total Time: 2 Minutes

s/ Ivannya Fitzgerald
                    **DEPUTY CLERK**