CONSTANGY
Brooks Smith & Prophete

John MacDonald, Partner & Office Head
Cybersecurity & Data Privacy Team
3120 Princeton Pike, Suite 301
Lawrenceville, NJ 08648
jmacdonald@constangy.com
Telephone: (609) 357-1183
Mobile: (609) 558-4201

September 9, 2026

**VIA ECF**
Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

**Re:** ***In re Daniel's Law Compliance Litigation Motions to Compel Response***
**Docket Nos. 24-4178 (Accurate Append, Inc.)**
**24-4324 (Restoration of America)**
**25 -9224 (FreedomSoft303)**

Dear Judge Bartle:

This firm represents each of the above identified Defendants. On September 8, 2026, we emailed counsel for the Plaintiffs and offered a variety of dates and times to hold the ESI conferences Plaintiffs requested before the September 21 cutoff date that the Court set in its August 28, 2026 Text Order. A copy of counsel's email correspondence is attached as **Exhibit A**.

Accordingly, Defendants Accurate Append, Restoration of America, and Freedomsoft303 request that the Court deny Plaintiffs' motion, since all of the relief Plaintiffs requested in their Proposed Orders have been mooted. See (Dkt. Nos. 104-5; 130-5; 56-5, respectively) (all seeking an order to schedule conferences within seven (days) after the Court's September 21 Ruling and suggesting sanctions for any non-compliance only if that Order is not followed). Thank you for your consideration.

Respectfully submitted,

*/s/ John E. MacDonald*

John E. MacDonald
Partner & Office Head, Cybersecurity & Data Privacy Team